Case Name: MITCHELL, GARY C.
                  MITCHELL, NANCY L.
Case No:    08-70314

## **CERTIFICATION OF REVIEW**

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: November 17, 2008         WILLIAM T. NEARY
                                                     United States Trustee, Region 11

                                       BY:   */s/ Carole J. Ryczek*
                                                     CAROLE J. RYCZEK
                                                     Attorney for the U.S. Trustee