UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| MITCHELL, GARY C | ) | CASE NO. 08-70314-MLB |
| MITCHELL, NANCY L | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  U.S. Bankruptcy Court, 211 S. Court St., Rockford, IL  61101

    On:  December 10, 2008    Time: 9:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $11,222.78 |
    | Disbursements | $1,508.92 |
    | Net Cash Available for Distribution | $9,713.86 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Daniel M. Donahue<br>*Trustee* | $0.00 | $1,722.28 | $0.00 |
    | McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $2,200.00 | $73.12 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $45,939.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 12.4478%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Target National Bank | $10,219.77 | $1,272.14 |
| 2 | USAA Federal Savings Bank | $15,357.24 | $1,911.64 |
| 3 | Recovery Management Systems Corpora | $2,386.94 | $297.12 |
| 4 | Discover Bank/DFS Services LLC | $12,188.17 | $1,517.16 |
| 5 | Chase Bank USA | $4,996.96 | $622.01 |
| 6 | Chase Bank USA | $790.47 | $98.39 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Household goods and furnishings | $4,000.00 |
| Wearing Apparel | $300.00 |

| | |
|---|---:|
| Jewelry | $1,300.00 |
| Firearms | $1,000.00 |
| IRA | $2,616.00 |
| Accounts Receivable - back rent | $18,000.00 |
| Breach of contract | $75,000.00 |
| Office equipment | $1,000.00 |

Dated: October 29, 2008                              /s/ Daniel M. Donahue, Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez                Page 1 of 2                   Date Rcvd: Nov 19, 2008
Case: 08-70314                Form ID: pdf002              Total Served: 48

The following entities were served by first class mail on Nov 21, 2008.
db          +Gary C. Mitchell,    65 Camden Court,    Port Barrington, IL 60010-7001
jdb         +Nancy L Mitchell,    65 Camden Court,    Port Barrington, IL 60010-7001
aty         +Abraham Brustein, ESQ,    Dimonte & Lizak, LLC,    216 W. Higgins Road,    Park Ridge, IL 60068-5706
aty          Daniel M Donahue,    P. O. Box 2903,    Rockford, IL 61132-2903
aty         +Julia E Jensen,    Dimonte & Lizak, LLC,    216 West Higgins Road,    Park Ridge, IL 60068-5706
tr           Daniel Donahue,    P O Box 2903,    Rockford, IL 61132-2903
11927759     American Honda Finance Company,    P.O. Box 5308,    Elgin, IL 60121-5308
11927760    +Arapahoe County Treasurer,    5335 S. Prince Street,    Littleton, CO 80166-0001
11927763    +Aurora Loan Services,    10350 Park Meadows Drive,    Littleton, CO 80124-6800
11927766    +Aurora Water,    Box 5687,    Aurora, CO 80217-5687
11927764    +Aurora Water,    Box 31629,    Aurora, CO 80041-0629
11927768    +Bank of America MasterCard,    Box 15026,    Wilmington, DE 19850-5026
11927769    +Beacon Point Metropolitan District,    PCMS Lockbox,    Box 5687,    Denver, CO 80217-5687
12537641    +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11927772    +Carson Pirie Scott,    Box 17264,    Baltimore, MD 21297-1264
11927773     Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
11927775    +Condell Medical Center,    755 S Milwaukee Ave, Suite 127,    Libertyville, IL 60048-3267
11927776     Countrywide,    PO Box 650225,    Dallas, TX 75265-0225
11927777    +Denver Water,    Box 173343,    Denver, CO 80217-3343
11927779    +Dr. Gary Novak,    923 RIdge Road,    Wilmette, IL 60091-1559
11927780    +EMC Mortgage Corp,    Box 141358,    Irving, TX 75014-1358
11927785    +Emigrant Mortgage Co., Inc.,    5 E. 42nd Street,    New York, NY 10017-6904
11927787    +Excel Energy,    Public Service Co. of Colorado,    Box 840,    Denver, CO 80201-0840
11927788    +Falso Solutions LLC,    PO Box 202166,    Dallas, TX 75320-2166
11927790     Flagstar Bank,    P.O. Box 64000 / Drawer 642635,    Detroit, MI 48264-1635
11927791     Home Depot Visa,    Processing Center, Box 689100,    Des Moines, IA 50364-0500
11927792    +Infiniti Financial Services,    P.O. Box 660366,    Dallas, TX 75266-0366
11927793    +LCS Financial Services Corp,    6560 Greenwood Plaza Blvd Suite 375,    Englewood, CO 80111-7106
11927796     Lexus Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
11927798    +LoanCare Servicing Center,    Box 8068,    Virginia Beach, VA 23450-8068
11927800     MBNA America,    P.O. Box 15027,    Wilmington, DE 19850-5027
11927799     Macy’s,    P.O. Box 689195,    Des Moines, IA 50368-9195
11927801    +National City Mortgage,    20 Stanwix Street,    Pittsburgh, PA 15222-1323
11927802    +National City Mortgage Company,    P.O. Box 1820,    Dayton, OH 45401-1820
11927803     Ocwen Loan Servicing,    Box 785056,    Orlando, FL 32878-5056
11927804    +Physical Therapy Institute of IL,    1009 IL Route 22 Suite 1,    Fox River Grove, IL 60021-1998
11927805    +Premier Eye Care and Surgery,    1120-C Lake Cook Road,    Buffalo Grove, IL 60089-1970
11927806    +St Francis Hospital,    355 Ridge Avenue,    Evanston, IL 60202-3399
11927807    +SunTrust Mortgage,    P.O. Box 26149,    Richmond, VA 23260-6149
12464980    +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11927808    +Target Visa,    Target National Bank,    3901 W. 53rd Street,    Sioux Falls, SD 57106-4221
11927809    +Tuscany Maintenance,    Hammersmith Management Inc.,    5619 DTC Parkway  #900,
               Greenwood Village, CO 80111-3096
12478922    +USAA FEDERAL SAVINGS BANK,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11927810    +USAA Visa,    Box 14050,    Las Vegas, NV 89114-4050
11927811     Wastewater Management,    Box 17827,    Denver, CO 80217-0827

The following entities were served by electronic transmission on Nov 20, 2008.
11927778      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2008 02:05:01     Discover Card,   Box 30943,
               Salt Lake City, UT 84130
12484907     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2008 02:05:01
               Discover Bank/DFS Services LLC,    POB 3025,    New Albany Ohio 43054-3025
12481469     +E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2008 02:03:21
               Recovery Management Systems Corporation,    For Capital Recovery II,    As Assignee of CARSONS,
               25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11927786     Equity Pacific Mortgage
11927762*   +Arapahoe County Treasurer,    5335 S. Prince Street,    Littleton, CO 80166-0001
11927761*   +Arapahoe County Treasurer,    5335 S. Prince Street,    Littleton, CO 80166-0001
11927765*   +Aurora Water,    Box 31629,    Aurora, CO 80041-0629
11927767*   +Aurora Water,    Box 31629,    Aurora, CO 80041-0629
11927770*   +Beacon Point Metropolitan District,    PCMS Lockbox,    Box 5687,    Denver, CO 80217-5687
11927771*   +Beacon Point Metropolitan District,    PCMS Lockbox,    Box 5687,    Denver, CO 80217-5687
11927774*    Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
11927781*   +EMC Mortgage Corp,    Box 141358,    Irving, TX 75014-1358
11927782*   +EMC Mortgage Corp,    Box 141358,    Irving, TX 75014-1358
11927783*   +EMC Mortgage Corp,    Box 141358,    Irving, TX 75014-1358
11927784*   +EMC Mortgage Corp,    Box 141358,    Irving, TX 75014-1358
11927789*   +Falso Solutions LLC,    PO Box 202166,    Dallas, TX 75320-2166
11927794*   +LCS Financial Services Corp,    6560 Greenwood Plaza Blvd Suite 375,    Englewood, CO 80111-7106
11927795*   +LCS Financial Services Corp,    6560 Greenwood Plaza Blvd Suite 375,    Englewood, CO 80111-7106
11927797*    Lexus Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
                                                                                     TOTALS: 1, * 15

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3           User: cshabez            Page 2 of 2              Date Rcvd: Nov 19, 2008
Case: 08-70314                 Form ID: pdf002          Total Served: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2008**                **Signature:** _Joseph Speetjens_