UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| GARY C. MITCHELL and | ) | NO. 08-70314 |
| NANCY L. MITCHELL, | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtors. | ) | |

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certified that the estate has been fully administered, requested that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

_1-28-09_                                              _____
DATE                                                    TRUSTEE

CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated this 5th day of February, 2009.

WILLIAM T. NEARY
United States Trustee

By: _Christine K. Miller_
Christine K. Miller
Paralegal Specialist

**Bank of America**

```
CUSTOMER CONNECTION                          Account Number      4429751130
BANK OF AMERICA, N.A.                        01 01 148 06 M0000 E#        9
DALLAS, TEXAS   75283-2406                   Last Statement:     11/28/2008
                                             This Statement:     12/31/2008


                                             Customer Service
                                             1-877-757-8233
ESTATE OF
MITCHELL, GARY C, DEBTOR
MITCHELL, NANCY L, DEBTOR                    Page         1  of   2
DANIEL M. DONAHUE - TRUSTEE
08-70314                                     Bankruptcy Case Number:0870314
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 11/29/2008 - 12/31/2008    Statement Beginning Balance      9,713.86
Number of Deposits/Credits             0    Amount of Deposits/Credits            .00
Number of Checks                       9    Amount of Checks                 9,713.86
Number of Other Debits                 0    Amount of Other Debits                .00
                                            Statement Ending Balance              .00
Number of Enclosures                   9
                                            Service Charge                        .00
```

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 100 | 1,722.28 | 12/12 | 9892710788 | 105 | 297.12 | 12/19 | 5892229086 |
| 101 | 2,200.00 | 12/12 | 9892710787 | 106 | 1,517.16 | 12/18 | 9292520631 |
| 102 | 73.12 | 12/12 | 9892710786 | 107 | 622.01 | 12/17 | 9092217786 |
| 103 | 1,272.14 | 12/17 | 9092217784 | 108 | 98.39 | 12/17 | 9092217787 |
| 104 | 1,911.64 | 12/17 | 9092217785 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/28 | 9,713.86 | 9,713.86 | 12/18 | 297.12 | 297.12 |
| 12/12 | 5,718.46 | 5,718.46 | 12/19 | .00 | .00 |
| 12/17 | 1,814.28 | 1,814.28 | 12/31 | .00 | .00 |